**FILED & ENTERED**

**MAY 07 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

<u>**ORDER NOT FOR PUBLICATION**</u>

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:11-bk-19111-RK |
| MARK LEBENS, | Chapter 11 |
| Debtor. | |
| | **ORDER DENYING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS** |
| | **HEARING:**<br>**DATE:** May 6, 2015<br>**TIME:** 11:00 a.m.<br>**PLACE:** Courtroom 1675<br>255 East Temple Street<br>Los Angeles, CA 90012 |

On May 6, 2015, the Request for Order Appointing a Registered Process Server (the "Request") filed by the Law Offices of Steven R. Fox ("LOSRF") came on for hearing before the undersigned United States Bankruptcy Judge. Daniel J. Park, of LOSRF, appeared for the applicant law firm.

//

//

//

1       Having reviewed and considered the Request, the court hereby DENIES the

2 Request without prejudice for LOSRF's failure to support its Request with admissible

3 evidence.  Counsel is admonished not to make representations and sign pleadings

4 indifferent to the truth.

5       IT IS SO ORDERED.

6                                      ###

Date: May 7, 2015

_____
Robert Kwan
United States Bankruptcy Judge